■ SCHIEFFELIN & CO., Respondent, v. R. H. MACY & CO., INC., Appellant.— Order and judgment granting plaintiff's motion for summary judgment, unanimously reversed, on the law, with $50 costs and disbursements to defendant-appellant, and the motion denied. There are questions of fact as to whether plaintiff has abandoned the contract and whether plaintiff is using the contract to favor some retailers over the defendant. (*Millerton Agway Coop.* v. *Briarcliff Farms*, 17 N Y 2d 57.) Concur — Botein, P. J., Rabin, McNally, Stevens and Eager, JJ.